JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
jgoodman@gnhllp.com
PAIGE P. YEH, ESQUIRE - State Bar #229197
pyeh@gnhllp.com
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Plaintiff
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME DEPOT, U.S.A., INC.<br><br>Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-03051-DDP-JC<br><br>**JOINT STIPULATION OF PLAINTIFF HOME DEPOT U.S.A., INC. AND DEFENDANT TWIN CITY FIRE INSURANCE COMPANY FOR DISMISSAL WITH PREJUDICE OF DEFENDANT TWIN CITY FIRE INSURANCE COMPANY**<br><br>**Accompanying Documents:**<br>**[PROPOSED] ORDER DISMISSING WITH PREJUDICE DEFENDANT TWIN CITY FIRE INSURANCE COMPANY** |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY,<br><br>Third-Party Defendants. | Complaint Filed: April 11, 2018<br>Answer Filed:   May 31, 2018<br>Trial Date:       January 28, 2020 |

Goodman Neuman Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
Tel.: (415) 705-0400

-1-
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Settlement Agreement ("Settlement Agreement") between Plaintiff Home Depot U.S.A., Inc. ("Plaintiff") and Defendant Twin City Fire Insurance Company ("Twin City") (Plaintiff and Twin City will collectively be referred to as the "Settling Parties"), by and through their respective undersigned attorneys, hereby submit the following Stipulation for Dismissal with Prejudice of Twin City Fire Insurance Company. Each side shall bear its own attorneys' fees and costs.

WHEREFORE, the Settling Parties hereby request the Court to enter an order dismissing Plaintiff's claims asserted herein against Twin City _only_ with prejudice.

PLEASE TAKE NOTICE that the Parties required to sign this document have agreed that their electronic signatures can be affixed to this document.

DATED:  August 14, 2019                GOODMAN NEUMAN HAMILTON LLP

By: _/s/_____
JOSHUA S. GOODMAN
Attorneys for Plaintiff
HOME DEPOT U.S.A., INC.

DATED:  August 14, 2019                JOHNSTON | SMITH, ALC

By: _/s/_____
ANN K. JOHNSTON
Attorneys for Defendant
TWIN CITY FIRE INSURANCE COMPANY

Goodman
Neuman
Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
Tel.: (415) 705-0400