JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
jgoodman@gnhllp.com
PAIGE P. YEH, ESQUIRE - State Bar #229197
pyeh@gnhllp.com
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone:  (415) 705-0400
Facsimile:  (415) 705-0411

Attorneys for Plaintiff
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME DEPOT, U.S.A., INC.<br><br>Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-03051-DDP-JC<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT TWIN CITY FIRE INSURANCE COMPANY**<br><br>**Accompanying Documents:**<br>**JOINT STIPULATION OF PLAINTIFF HOME DEPOT U.S.A., INC. AND DEFENDANT TWIN CITY FIRE INSURANCE COMPANY FOR DISMISSAL WITH PREJUDICE OF DEFENDANT TWIN CITY FIRE INSURANCE COMPANY**<br><br>Complaint Filed: April 11, 2018<br>Answer Filed:     May 31, 2018<br><br>Trial Date:        January 28, 2020 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY,<br><br>Third-Party Defendants. | |

-1-
[ORDER DISMISSING WITH PREJUDICE DEFENDANT TWIN CITY FIRE INSURANCE COMPANY

Upon consideration of the parties' Joint Stipulation for Dismissal for good cause shown, it is hereby ORDERED that:

Plaintiff Home Depot U.S.A., Inc.'s claims asserted herein against Defendant Twin City Fire Insurance Company <u>only</u> are DISMISSED with prejudice. Each side shall bear its own attorneys' fees and costs.

DATED: August 22, 2019

_____
DEAN D. PREGERSON
United States District Judge

Goodman
Neuman
Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
Tel.: (415) 705-0400

-2-
ORDER DISMISSING WITH PREJUDICE DEFENDANT TWIN CITY FIRE INSURANCE COMPANY