JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME DEPOT, U.S.A., INC.<br><br>Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1-20, inclusive,<br><br>Defendants.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY,<br><br>Third-Party Defendant. | Case No.: 2:18-cv-03051-DDP-JC<br><br>**JUDGMENT** |

1 | In accordance with the Court's January 31, 2022 Order Granting Defendant National Union Fire Insurance Company of Pittsburg, Pa.'s ("National Union") Motion for Summary Judgment (ECF No. 118), final judgment is hereby entered in favor of defendant National Union and against plaintiff Home Depot, U.S.A., Inc. and this action shall be dismissed on its merits. National Union shall recover its costs.

Dated: February 3, 2022

*[signature]*

Hon. Dean D. Pregerson
United States District Judge