IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME DEPOT, U.S.A., INC.<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>TWIN CITY FIRE INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and DOES 1-20<br><br>　　　　　　　　Defendants. | Case No. 2:18-cv-03051-DDP (JC)<br><br>ORDER REGARDING STIPULATION REGARDING DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S APPLICATION TO TAX COSTS |

Upon consideration of the parties' Stipulation regarding Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA's ("National Union") Application to Tax Costs ("Application") filed on February 17, 2022 (Dkt. No. 120), IT IS HEREBY ORDERED that:

1. National Union's Application is modified to seek a total of $23,500 in taxable costs and that the final bill of costs include taxable costs totaling $23,500.

-1-

ORDER RE: STIPULATION REGARDING DEF. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S APPLICATION TO TAX COSTS


2. Home Depot, U.S.A., INC. waives any objection to the amount of $23,500 in taxable costs in National Union's Application, as modified.

3. By stipulating hereto, Home Depot is not waiving any rights with respect to its appeal of the Court's order granting summary judgment and entering judgment, including but not limited to National Union's entitlement to costs should Home Depot prevail on its appeal.

IT IS SO ORDERED.

Dated: April 6, 2022

By: _____
DEAN D. PREGERSON
U.S. DISTRICT JUDGE

Goodman Neuman Hamilton LLP
One Post Street
Suite 2100
San Francisco, CA 94104
Tel.: (415) 705-0400

-2-
ORDER RE: STIPULATION REGARDING DEF. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S APPLICATION TO TAX COSTS