JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
jgoodman@gnhllp.com
PAIGE P. YEH, ESQUIRE - State Bar #229197
pyeh@gnhllp.com
GOODMAN NEUMAN HAMILTON LLP
One Post Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Plaintiff
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME DEPOT, U.S.A., INC. <br><br> Plaintiff, <br><br> v. <br><br> TWIN CITY FIRE INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1-20, inclusive, <br><br> Defendants. | Case No.: 2:18-cv-03051-DDP-JC <br><br> **JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE** |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> STEADFAST INSURANCE COMPANY, <br><br> Third-Party Defendants. | |

-1-
STIPULATION RE DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), by and between Plaintiff HOME DEPOT U.S.A., INC. ("Home Depot") and Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. ("National Union"), through their counsel of record, as follows:

1. The complaint filed by Home Depot against National Union is dismissed, with prejudice.

2. Each party hereto shall bear its own costs and attorneys' fees incurred in the above captioned lawsuit.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

PLEASE TAKE NOTICE that the Parties required to sign this document have agreed that their electronic signatures can be affixed to this document.

Dated: July 28, 2022    NICOLAIDES FINK THORPE
                        MICHAELIDES SULLIVAN LLP

                        By:    /s/ Chris J. Middleton
                            Chris J. Middleton
                            Attorneys for Defendant National Union
                            Fire Insurance Company of Pittsburgh, Pa.

Dated: August 2, 2022   GOODMAN NEUMAN HAMILTON LLP

                        By:    /s/ Joshua S. Goodman
                            Joshua S. Goodman
                            Attorneys for Plaintiff Home Depot U.S.A., Inc.

Goodman Neuman Hamilton LLP
One Post St.
Suite 2100
San Francisco, CA 94104
Tel.: (415) 705-0400

-2-
STIPULATION RE DISMISSAL