UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 2 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HOME DEPOT USA, INC.,<br><br>   Plaintiff-Appellant,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,<br><br>   Defendant-Appellee. | No.   22-55222<br><br>D.C. No.<br>2:18-cv-03051-DDP-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 13), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator